UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 06 B 07959
   DALLAL BROWN
   ONIKA BROWN                      CHAPTER 13

                                    JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-4027    SSN XXX-XX-5668
```

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/06/2006 and was confirmed 09/18/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  90.00%.

    The case was dismissed after confirmation 11/05/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMER PORTFOLIO SERV | SECURED VEHIC | 12191.63 | 733.40 | 1962.33 |
| CONSUMER PORTFOLIO SERV | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 14991.00 | 907.00 | 2323.47 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 283.89 | .00 | .00 |
| CITY OF CHICAGO PARKING | PRIORITY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1668.85 | .00 | .00 |
| SOCIAL SECURITY ADMIN | PRIORITY | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 288.34 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 740.47 | .00 | .00 |
| CHECK N GO OF IL | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL CO LL | UNSECURED | NOT FILED | .00 | .00 |
| CBA COLLECTION BUREAU OF | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 789.14 | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 328.75 | .00 | .00 |
| FOREST CITY MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES LIMITED PART | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 1285.22 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MED COLLECTIONS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO INOVISION | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MARLIN | UNSECURED | NOT FILED | .00 | .00 |
| NEW AGE CHICAGO FURNITUR | UNSECURED | 467.31 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 06 B 07959 DALLAL BROWN & ONIKA BROWN

```
PARK DANSAN               UNSECURED      NOT FILED                .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED                .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED                .00            .00
PIERCE HAMILTON & STERN   UNSECURED      NOT FILED                .00            .00
QUEST DIAGNOSTIC          UNSECURED      NOT FILED                .00            .00
RUNM UNIVERSITY NEUROLOG  UNSECURED      NOT FILED                .00            .00
SWIFT TRANSPORTATION      UNSECURED      NOT FILED                .00            .00
TCF NATIONAL BANK         UNSECURED      NOT FILED                .00            .00
UNITED AIRLINES CREDIT U  UNSECURED      NOT FILED                .00            .00
UNIV FIDELITY             UNSECURED      NOT FILED                .00            .00
VAN RU CREDIT CORPORATIO  UNSECURED      NOT FILED                .00            .00
WAL MART                  UNSECURED      NOT FILED                .00            .00
NEW AGE CHICAGO FURNITUR  SECURED           500.00             20.58         194.89
ARONSON FURNITURE         SECURED          2588.00            147.32         635.00
RASHEEDA BROWN            NOTICE ONLY    NOT FILED                .00            .00
ILLINOIS DEPT OF PUBLIC   NOTICE ONLY    NOT FILED                .00            .00
ROUNDUP FUNDING LLC       UNSECURED         882.07                .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         127.04                .00            .00
LORRAINE GREENBERG & ASS  REIMBURSEMENT     150.00                .00         150.00
NCO FINANCIAL             UNSECURED         195.30                .00            .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY      3,000.00                           361.44
TOM VAUGHN                TRUSTEE                                             429.57
DEBTOR REFUND             REFUND                                                .00
```

```
          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
                                                          --------------------
TRUSTEE                      7,865.00

PRIORITY                                        150.00
SECURED                                       5,115.69
     INTEREST                                 1,808.30
UNSECURED                                          .00
ADMINISTRATIVE                                  361.44
TRUSTEE COMPENSATION                            429.57
DEBTOR REFUND                                      .00
                        ---------------      ---------------
TOTALS                       7,865.00           7,865.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE